IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN C. THOMPSON,
    Plaintiff,

vs.                                      Case No.: 3:13cv416/LAC/EMT

RICHARD L. KNIGHT, et al.,
    Defendants.
_____/

## ORDER, REPORT AND RECOMMENDATION

    Plaintiff is a prisoner who proceeds pro se in this action filed pursuant to 42 U.S.C. § 1983. The filing fee has not been paid nor has leave to proceed in forma pauperis been granted. The cause is now before the court on Plaintiff's notice (doc. 4).

    Plaintiff advises the court that he has been transferred to Florida State Prison, in Raiford, Florida, which he describes as being located in "the district that the complaint happened [sic]" (*id.* at 1). Plaintiff advises that he therefore "would like to <u>discontinue</u> this complaint in the Northern District, have [the] complaint returned back to me so that correction[s] can be made and refiled in my current division" (*id.*) (emphasis in original).

    Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time, which is effectively the relief he seeks. Plaintiff's request for the return of his complaint shall be granted.[1]

---

[1] The complaint, with exhibits, is 219 pages in length (doc. 1), and thus would be time-consuming and costly to photocopy. As all of the documents have been imaged and are part of the court's electronic record of this case, the court concludes that the originals need not be retained and may be returned to Plaintiff.

Accordingly, it is **ORDERED**:

That the clerk return the original complaint, with exhibits (doc. 1), to Plaintiff.

And it respectfully **RECOMMENDED**:

That Plaintiff's request to voluntarily dismiss this action be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 13th day of August 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only.** A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).