IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN C. THOMPSON,
    Plaintiff,

vs.                                         Case No. 3:13cv416/LAC/EMT

RICHARD L. KNIGHT, et al.,
    Defendants.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2013 (doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.     Plaintiff's request to voluntarily dismiss this action is **GRANTED** and this case is **DISMISSED without prejudice**.

       **DONE AND ORDERED** this 23rd day of September, 2013.


                                                       s/*L.A. Collier*
                                                       **LACEY A. COLLIER**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**